CHARLES B. BRIGHTMAN, Appellant, v. ROBERT L. RICE, as Executor, etc., of ELIZABETH N. BRIGHTMAN, Deceased, Respondent.— Decree affirmed, without costs of this appeal to either party. All concur, except Dowling, J., who dissents and votes for reversal on the law and facts and for granting a new trial on the ground that the finding of abandonment is contrary to and against the weight of the evidence. (The decree denies the application of the petitioner and adjudges that he is not entitled to elect to take a share of the estate of defendant's testatrix as in intestacy.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Application for Letters of Administration with the Will Annexed of the Goods, Chattels and Credits Left Unadministered Which Were of HENRY HUBBS, Deceased.— Decree reversed on the law, with costs payable out of the estate, and matter remitted to the Surrogate's Court with directions to enter a decree appointing Helen P. Leach sole administratrix. All concur, except Taylor and Harris, JJ., who dissent and vote for affirmance. (The decree appoints Alpheus R. Phelps to serve with Helen P. Leach as administrators with will annexed of the estate of decedent.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

ISADORE CASTLE, as Guardian ad Litem of SHIRLEY CASTLE, an Infant, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 25329.) — Judgment affirmed, with costs. All concur. (The judgment is for claimant on a claim for damages for personal injuries for an alleged assault by State employee.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.